RECEIVED
MAR 24 2021
ALTERNATIVE DISPUTE
RESOLUTION OFFICE

IN THE HEALTH CARE ALTERNATIVE DISPUTE
RESOLUTION OFFICE OF MARYLAND

R.C., a minor, by and through his mother  \*
and next friend, LAUREN OHLINGER
8611 Knottingham Drive   \*
Kissimmee, Florida 34747
\*
    *Claimant*
\*   HCA No.:_____
  v.
\*
BALTIMORE WASHINGTON MEDICAL
CENTER , INC.   \*

    *Defendant Health Care Provider*
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CERTIFICATE OF QUALIFIED EXPERT

I, Alan L. Nager, MD, MHA hereby certify and attest as follows:

1. I am a board-certified in Pediatrics with a subspecialty in Pediatric Emergency Medicine.

2. I am licensed to practice medicine in the State of California

3. I have clinical experience, provided consultation relating to clinical practice, and/or taught medicine in the field of Pediatrics and Pediatric Emergency Medicine within five (5) years of the care and treatment rendered to the R.C. by the Defendant Health Care Providers.

4. Based upon my education, training and experience, and my review of the relevant and available medical records pertaining to the care and treatment rendered to R.C. it is my opinion to a reasonable degree of medical probability that the Defendant Health Care Provider, Baltimore Washington Medical Center, Inc., by and through its employees, agents and servant, including, but not limited to Elizabeth Fronc, M.D., Sheila V. Ravendhran, M.D., and Esther Liu, M.D. departed from the standards of care applicable to health care professionals with similar education, training and experience, situated in the same or similar communities.

5. As a direct and proximate result of these departures from the standards of care, it is my opinion to a reasonable degree of medical probability that R.C. was caused to sustain significant injuries, which ultimately resulted in the need for medical care and treatment, with physical pain and suffering, and the resultant medical expenses.

6. Attached and incorporated herein is a brief report further expanding upon and supporting my opinions.

7. I do not devote annually more than twenty percent (25%) of my professional time to activities that directly involve testimony in personal injury matters.

_____
Alan L. Nager, MD, MHA

_____8/19/21_____
Date