

**WAIS VOGELSTEIN FORMAN KOCH & NORMAN LLC**

1829 REISTERSTOWN ROAD
SUITE 425
BALTIMORE, MARYLAND 21208
PHONE: 410-998-3600
FAX: 410-593-1642
WWW.MALPRACTICETEAM.COM

May 18, 2023

The Honorable Brendan A. Hurson
Magistrate Judge
United States District Court for
The District of Maryland
101 West Lombard Street, Chambers 7B
Baltimore, Maryland  21201

    Re:   *R.C. v. Baltimore Washington Medical Center, Inc.*
             Case No. : *1-21-cv-00964-BAH*

Dear Judge Hurson,

    We write to inform the Court that the parties have reached a confidential settlement in this matter. The parties will require some time to finalize a structured settlement and a formal Settlement Agreement and Release. It would be greatly appreciated if the trial date could be removed from the docket while the parties work toward finalizing the settlement.

    The parties will update the Court by June 1, 2023, regarding when the Court should expect a Motion to Approve the Settlement.

    Please let us know if you have any questions.

                      Respectfully,

                      Keith D. Forman, Esq.

                      Donna Sturtz, Esq.

KDF/pjz