

Donna P. Sturtz
T 443.392.9408
donna.sturtz@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

100 S. Charles Street, Suite 1600
Baltimore, MD 21201
T (443) 392-9400  F (443) 392-9499
nelsonmullins.com

May 31, 2023

The Honorable Brendan A. Hurson
United States Magistrate Judge
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Re:    R.C. v. Baltimore Washington Medical Center, Inc.
       Case No.:  1:21-cv-00964-BAH

Dear Judge Hurson:

    As set forth in correspondence dated May 18, 2023 (Docket entry 71), the Parties have agreed to a resolution of this matter and are in the process of finalizing the Settlement Agreement and Release. Pursuant to Federal Rule 41 and Local Rule 111, the Parties will file by June 2, 2023 the attached Joint Stipulation of Dismissal. The Parties do not believe this case requires a Motion to Approve the Settlement but please advise if our understanding is incorrect. Thank you,

                            Respectfully submitted,

| | |
|---|---|
| /s/ Keith D. Forman, Esq (Fed Bar No. 28349) | /s/ Donna P. Sturtz (Fed Bar No. 09737) |
| Catherine Spalluzzi, Esq. (Fed Bar No. 21792) | Nelson Mullins Riley & Scarborough LLP |
| Wais, Vogelstein, Forman, Koch & Norman, LLC | 100 S. Charles Street, Suite 1600 |
| 1829 Reisterstown Road, Suite 425 | Baltimore, MD  21201 |
| Baltimore, Maryland  21208 | (443) 392-9400 (Telephone) |
| (410) 998-3600 (Telephone) | (443) 392-9499 (Facsimile) |
| (410) 998-3680 (Facsimile) | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA